# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SANGALANG, ALFREDO FLORES, DEANDRE PATTON, ROD JONES, ROBERT WILLIAMS, DEREK JONES,<br><br>Defendants. | 2:08-CR-163 JCM (GWF)<br><br><br><br>ORDER |

Presently before the court is defendant Christopher Sangalang's motion to join (doc. #646) defendant Deandre Patton's supplement in support of the motion for a new trial (doc. #643).

Good cause being shown, the motion is granted.

IT IS SO ORDERED.

DATED this 18th day of April, 2012.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**